UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JENNIFER SHAH,<br><br>　　　　　　　　　　Defendant. | No. S4 19 Cr. 833 (SHS)<br><br>**NOTICE OF MOTION TO <u>WITHDRAW</u>** |

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Daniel R. Alonso, the undersigned respectfully moves to withdraw Buckley LLP attorneys Daniel R. Alonso, Henry W. Asbill, and Michael S. Chu as counsel of record for defendant Jennifer Shah pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4. The law firm of ChaudhryLaw PLLC will continue as counsel to Ms. Shah. The government does not oppose this motion, and counsel for co-defendants Cameron Brewster and Chad Allen both consent.

Dated:  August 9, 2021

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Daniel R. Alonso
　　　　　　　　　　　　　　　　　　　　　　　Daniel R. Alonso
　　　　　　　　　　　　　　　　　　　　　　　Buckley LLP
　　　　　　　　　　　　　　　　　　　　　　　1133 Avenue of the Americas, Suite 3100
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 600-2340
　　　　　　　　　　　　　　　　　　　　　　　dalonso@buckleyfirm.com