# EXHIBIT 3

Your Honor,

I would like to thoroughly describe the effects that the criminal actions of Jennifer Shah have had on me. Not only has her actions caused financial stress for me, I have suffered emotional and physical stress due to her actions as well. My overall health is forever changed.

I was excited at first about beginning a new career for myself back in October of 2017. I was on the verge of retiring as a special education teacher and I was searching for another career that could supplement my small pension. I completed some job searches online and received some inquiries, but nothing materialized right away. Shortly thereafter, I received a phone call from one of Jennifer's partners about starting a successful home-based, e-commerce business. He was very convincing. He kept using the phrase, **"Using other people's money to make money."** It seemed promising and legitimate, so I agreed. I bought several services, including a website, which I charged to my credit cards. This was the biggest mistake I had ever made in my adult life because from that point on, my life began to spiral out-of-control.

I had accumulated a little over $35,000 in credit card debt by early January 2018, with no profits to show. It all felt so surreal. According to Jennifer's partners, all I would need to do is pay the minimal balances. Still, it was hard for me to grapple with the fact that I actually used my credit cards to pay for those services. Nevertheless, I worked diligently by devoting more than 10 hours a day to my business. I followed the guidelines, I took very good notes, I asked questions to gain clarity, I researched certain topics on my own, I wrote and posted several blogs on my website, and I completed all the homework that the coaches assigned to me. Still no profit! It wasn't long before I realized that I was being scammed. But, it was too late because Jennifer and her partners already had my money.

Sleeping at night became increasingly difficult because I constantly worried about my financial situation. I only had a small pension. It was not enough to pay my mortgage, utilities, household expenses, and the monthly credit card payments across four different accounts. I grew dizzy at times, started sweating more than usual, and I became increasingly weaker. I worried all the time.

On **February 14, 2018** the worst thing imaginable happened to me. I suffered a **heart attack** and had to be admitted into the hospital. The doctors stated that my heart attack was brought on by extreme stress. I had encountered **Takotsubo Cardiomyopathy** (a heart condition triggered by intense emotional or physical stress which causes sudden chest pain and shortness of breath), and elevated blood pressure. I had to undergo an exploratory procedure to determine if there was any damage to my heart. Thankfully, there was no damage.

Before this heart attack, I did not take prescription medication on a regular basis; just vitamins. Following my heart attack, I was placed on **four different medications**. I had to learn ways in which to control my stress to avoid another heart attack. So, I changed my way of thinking and began practicing calming and relaxation techniques. I refocused my attention and efforts toward my e-commerce business because I was determined to earn a profit. Again, I worked diligently every day, I continued to follow my coaches' guidelines, and I completed the homework assignments.

Then, beginning in March 2018, I was completely locked out of my own website for a few weeks. I didn't understand what was happening because my website was completely paid for. After several inquiries, I finally learned from a support team member that my website's hosting service had changed hands, and that I would soon regain access to my website once the transition was completed. Once I regained access to my website, however, the format had completely changed and all of the articles that I worked so

diligently on were no longer visible on my website. The products that I had downloaded to my website for Drop-Shipping purposes were in total disarray. I was furious! I tried repeatedly to contact the support team to resolve these problems, but the team did nothing. In June 2018, one of Jennifer's partners called and tried to sell me yet another product for $1,800 to fix all the errors that were on my website. That was it! I refused to pay another dime! I wanted out at this point.

Beginning in July 2018, I shifted by attention and efforts toward shutting down my business and requesting refunds from all the partners, including Mastery Pro Group. It was not an easy task, however, because I kept getting referred to different people within the resolution department. Yet, I didn't give up and I kept pressing the issue, but this only led to more stress and aggravation. On **August 8, 2018**, I had another heart attack and was hospitalized once again. The doctors performed the same procedure that they had done before to determine if there was any damage to my heart. Fortunately, again there was no damage. The medications that I was prescribed, however, caused side effects and had to be changed from time-to-time. To this day, I am still living with some side effects (dizziness, severe skin discoloration, light-headedness, blood pressure spikes, trembling, tiredness).

Just about every day, I live with an uneasy feeling that if I experience any other stressful situations, I will have another heart attack. Since my first heart attack, I have had my blood drawn and checked every six months followed by visits with my primary care doctor. In addition, I have had regular 6-month visits with my cardiologist and an electrocardiogram (EKG) performed during each visit, or sooner. These doctor visits and procedures are ongoing. I have since been to the Urgent Care Center on two occasions, and to the Emergency Room for heart and blood pressure related issues. Last year, early 2021, my cardiologist ordered an Echocardiogram which revealed that I now have a leaky heart valve. I am scheduled to have another Echocardiogram later this year to determine if there are any changes.

I believe that I should receive full restitution from Jennifer Shah to cover the entire amount that I invested and lost as a result of her fraudulent activities, which was **$35,290** (minimum investment). Additionally, I should receive **twice the above amount in restitution** for my medical expenses and pain and suffering. The side effects that I am experiencing, and the emotional and financial strain that Jennifer and her partners have caused me are ongoing. Each doctor visit, medical procedure, emergency room visit, and hospital admission added up to high deductibles and co-payments which I paid out-of-pocket. I am still paying for an emergency room deductible and I will continue to make higher co-payments for my cardiologist visits and medical procedures indefinitely. My FICO score also suffered as a result because my credit card balances were very high. Prior to starting the e-commerce business, my FICO score was **804** and by June 2018 it had fallen to **711**. I am still trying to pay off one of those credit cards which has an outstanding balance of about $4,900.00. I still have not been able to raise my FICO score above 800.

Not only should Jennifer pay restitution, she should be given the maximum prison sentence allowed by law. I hope and pray that she has or will have genuine remorse for her actions and have plenty of time to think about her actions. She took advantage of vulnerable, elderly people. I am 60 years old now, so I may never bounce back from my medical, emotional, and financial situation caused by Jennifer and her partners. I may never be made whole again!

Respectfully,