# EXHIBIT 5

**VICTIM IMPACT STATEMENT**

Victim: █████████████

USAO Number: 2018R01583

Court Docket Number: 19-CR-00833

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

I was at the beginning coming from a full-time job that I had to quit due to health

reasons. Atrial Fibrilation, Type 2 Diabetes, hyperhydrusis, battery Acid Fumigation, etc.

After the alleged crimes, I became homeless losing many valuables. I stayed at

2 different homeless shelters of which one shelter kick me out onto the streets because I

could not find a construction job that would pay $20.00 per hour, I could not have explained to them that kind of work would have killed me. The other shelter manager made me feel terrible about myself by telling me that I was the most negective person he had ever seen. He did not know the whole story. And I never will! The impact of being pushed into a debt of $30,000.00 or more was bad enough. When I finally found an apartement that was owned by the latter homeless shelter that they were already in the process of selling those apartments. After 5 months later the tenants were told to vacate in less than 2 months. The city officials involved moved my stuff to storage, some of which were stolen. Before the move, there was an important meeting between the Tenants, City Officials, apartment manager and Disability Rights Lawyers. I was not made aware of this meeting because I was asleep in my apartment. All of those Tenants Signed something and no one ever told me what was being signed! Afterward I stayed in a duplex with other men and the owners were part of a charitable foundation that gave out huge amounts of food to the duplex but the other men did not allow me to touch any of it. So I had to eat out every day for 2½ months until I got another place to live. I could go on and on but the point is I have the problem of Faith and Trust. Also living with a bigoted world.