Ms. ████ was confused and dismayed, she didn't understand her rights and she believed Mr. White when he said that she simply could not cancel the contract. Ms. ████ continued to receive services from Northeast Alliance because she was unaware that she had any choice.

Since the incident described above, Northeast Alliance has done almost nothing to earn the money that Ms. ████ paid. Northeast Alliance created a form real estate business development booklet which is written for the wrong business name and has completed a one page Articles of Organization which was sent to the wrong address. Moreover, when the Articles of Organization were returned, your organization neglected to even inform Ms. ████ that there was an error. In fact all your company has really done for Ms. ████ is fill out a one page form, obtain an EIN number and mail her a couple of preprinted packets.

Our office has informed Ms. ████ she may have claims against Northeast Alliance for elder abuse, fraud, unfair business practices, deceit, breach of contract and negligence. Ms. ████ would prefer to settle this matter outside of court to avoid the time and expense of litigation.

Therefore, with this letter Ms. ████ offers to settle her claims against Northeast Alliance for Five Thousand Four Hundred and Ninety five dollars ($5,495.00). In order to accept this settlement the above stated amount should be refunded to Ms. ████'s credit cards immediately.

Please contact me with in the next 20 (twenty) days with confirmation that you intend to accept Ms. ████'s settlement offer. If we do not hear from you, our office will advise our client to pursue her legal remedies to the full extent of the law. Moreover if forced to pursue litigation, our client will seek the full amounts allowed by law, these amounts may include trebling of damages and attorneys fees. If you have any questions or concerns please contact me immediately at (831) 426-8824 ext 104.

Thank you in advance for your prompt attention to this matter.

Sincerely,

Melia J. Powell
Attorney At Law

cc: ████

GOVERNMENT
EXHIBIT
912
S4 19 Cr. 833 (SHS)

Branch Office in Watsonville: 114 E. Fifth Street, Watsonville, CA 95077   Phone: 831.728.4711
Branch Office in Hollister: 300 West Street, Hollister, CA 95023   Phone: 831.637.5458

SCLS is funded by the Seniors Council of Santa Cruz and San Benito Counties, the County of Santa Cruz, the County of San Benito, the City of Capitola, the City of Hollister, the City of Santa Cruz, the City of Scotts Valley, the City of Watsonville, the United Way and the California Bar Association